IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THOMAS MATTHEWS, on behalf of himself and others similarly situated, | : : CIVIL ACTION FILE NO. 0:22-cv-61229 : |
| Plaintiff, | : : |
| v. | : : |
| ENHANCE HEALTH LLC | : : |
| Defendant. | : : / |

**NOTICE OF RESOLUTION**

Plaintiff Thomas Matthews and Defendant Enhance Health LLC hereby notify the Court that the parties have reached a resolution in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: September 29, 2022            Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative classes*

MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: 305-374-0440

By: *s/ Yaniv Adar* (with permission)
Yaniv Adar, Esq. Florida Bar No. 63804
yaniv@markmigdal.com
eservice@markmigdal.com

*Counsel for Enhance Health, LLC*