# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THOMAS MATTHEWS, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 0:22-cv-61229 |
| Plaintiff, | : : | |
| v. | : : | |
| ENHANCE HEALTH LLC | : : | |
| Defendant. | : : | |

## NOTICE OF DISMISSAL

Plaintiff Thomas Matthews hereby notifies the Court of the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: October 26, 2022              Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative classes*

1